# Notice Recipients

District/Off: 0536–4  User: kcarpente  Date Created: 8/21/2017
Case: 17–50352  Form ID: 318  Total: 64

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
7295073   Lindsey Guillory
                                                                                                     TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust   Office of U. S. Trustee   USTPRegion05.SH.ECF@usdoj.gov
tr    Lucy G. Sikes (Chapter 7 Trustee)   sikesecf@gmail.com
aty   Emily E. Holley   laecf@logs.com
aty   Jason R. Smith   jasonsmith@creditorlawyers.com
aty   William C. Vidrine   williamv@vidrinelaw.com
                                                                                                     TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Colby Shamus Guillory    115 Sugar Ridge Lane    Youngsville, LA 70592
cr        DiTech Financial, LLC    Dean Morris, LLC    C/O Jason R. Smith    1505 N. 19th Street    Monroe, LA 71201
cr        New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing    Shapiro & Daigrepont LLC    3510 North Causeway Blvd.    Suite 600    Metairie, LA 70002
smg       State of Louisiana, Department of Labor    Delinquent Accounts Unit,UI Tech Support    1001 North 23rd Street, Room 322    Baton Rouge, LA 70802
smg       Louisiana Department of Revenue and Taxation    Attn: Bankruptcy Division    P.O. Box 66658    Baton Rouge, LA 70896
7295044   ADT Security Services    3190 S. Vaughn Way    Aurora, CO 80014
7295046   AT&T    POB 8212    Aurora, IL 60572
7295045   Advancial    1845 Woodall Rodgers Freeway STE 1300    Dallas, TX 75201
7295047   Bank Of America    Nc4–105–03–14    Po Box 26012    Greensboro, NC 27410
7295048   Bk Of Amer    Po Box 982235    El Paso, TX 79998
7295049   Caffery, Oubre, Garrison    800 South Lewis St.    New Iberia, LA 70560
7295050   Capital Management Services LLP    698 1/2 South Ogden Street    Buffalo, NY 14206
7295051   Capital One    Attn: General Correspondence/Bankruptcy    Po Box 30285    Salt Lake City, UT 84130
7295052   Chase Card    Po Box 15298    Wilmington, DE 19850
7295053   Comenity Bank/limited    Po Box 182789    Columbus, OH 43218
7295054   Couch Conville & Blitt    1450 Poydras Street Ste 2200    New Orleans, LA 70112
7295055   Cox Communications    POB 9001080    Louisville, KY 40290
7295056   Credit One Bank Na    Po Box 98873    Las Vegas, NV 89193
7295057   Dealers Financial    P.O. Box 218649    Houston, TX 77218
7295058   Dealers First Financial    P.O. Box 218649    Houston, TX 77218
7329251   Dean Morris, LLC    c/o Jason R. Smith    1505 N. 19th Street    Monroe, LA 71201
7295059   Diversified Consultant    Dci    Po Box 551268    Jacksonville, FL 32255
7295060   Diversified Consultants, Inc.    P.O. Box 551268    Jacksonville, FL 32255–1268
7295061   Financial Corporation Of America    P O Box 203500    Austin, TX 78720
7295062   Green Tree    332 Minnesota St Ste 610    Saint Paul, MN 55101
7295063   Hannan, Giusti    2201 Ridgelake Drive    Metairie, LA 70001
7295064   Hsbc Bank Usa, Na    Po Box 2013    Buffalo, NY 14240
7300585   IBERIABANK    PO BOX 52747    LAFAYETTE, LA 70505
7295065   Iberia Bank    POB 12440    New Iberia, LA 70562
7295066   Iberia Bank Direct    Pob 12440    New Iberia, LA 70562
7295067   Iberia Medical Center    P O Box 13338    New Iberia, LA 70562
7295068   Iberia Parish Clerk Of Court    P.O. Box 120110    New Iberia, LA 70562
7295069   Industrial Piping Specialist    P O Box 581270    Tulsa, OK 74158
7295071   Internal Revenue Service    Office Of District Counsel    P O Box 30509    New Orleans, LA 70190
7295070   Internal Revenue Service    P O Box 7346    Philadelphia, PA 19101
7295072   Jo De Equipment Rental    2624 Engineers Rd.    Belle Chasse, LA 70037
7295074   Louisiana Recovery Service    1304 Bertrand Dr Ste F–4    Lafayette, LA 70506
7295075   Louisiana Recovery Svc    1304 Bertrand Dr Ste F4    Lafayette, LA 70506
7295076   Midsouth Bank    P. O. Box 3745    Lafayette, LA 70502
7295077   New Iberia Surgery Center    2309 E. Main St., Ste. 300    New Iberia, LA 70560
7295078   Nitchen Fabrication & Services    c/o Shane Romero    110 East Pershing St.    New Iberia, LA 70560
7295079   Our Lady Of Lourdes    Regional Medical Center    P O Box 90906    Lafayette, LA 70509
7295080   Park Place Surgery    901 Wilson St.    Lafayette, LA 70503
7295081   Pipeline Equipment    8403 89th W. Ave    Tulsa, OK 74101
7295082   Process Piping Materials, Inc.    PO Box 3307    Lafayette, LA 70502
7295083   Prometheus Laboratories, Inc    P O Box 894115    Los Angeles, CA 90189
7295085   Quality Inspection & Testing    3308 Commercial Dr.    New Iberia, LA 70560
7295084   Quality Inspection & Testing    c/o Cade Evans    P.O. Box 81129    Lafayette, LA 70598–1129
7295086   Red D. Arc    c/o Couch Conville Blitt    1450 Poydras St., Suite 2200    New Orleans, LA 70112

| | | | | |
|---|---|---|---|---|
| 7295087 | Republic Finance | 708 E Admiral Doyle Dr | New Iberia, LA 70560 | |
| 7318712 | Republic Finance, LLC | 1140 Roma Avenue | Hammond, LA 70403 | |
| 7374294 | SHAPIRO & DAIGREPONT, L.L.C. | 3510 N. Causeway Blvd., Suite 600 | Metairie, LA 70002 | |
| 7295102 | Sheriff, Lafayette Parish | POB 3508 | Lafayette LA 70502 | |
| 7295088 | St. Martin Bank | POB 199 | St. Martinville, LA 70582 | |
| 7331967 | St. Martin Bank and Trust Company | PO Box 199 | St. Martinville, LA 70582 | |
| 7295089 | Syncb/lowes | Po Box 965005 | Orlando, FL 32896 | |
| 7295090 | United States Attorney's Office | Western District Of Louisiana | 300 Fanin St., Suite 3201 | Shreveport, LA 71101–3068 |
| 7295091 | Ward Lafleur | P.O. Box 3089 | Lafayette, LA 70502 | |

TOTAL: 58